IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LARRY WILLIAMS,**
    Plaintiff,

vs.                                                            **CASE NO.: 3:06cv437/MCR/MD**

**JAMES R. MCDONOUGH, et al.,**
    Defendants.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 30, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

    3.    The clerk is directed to close the file.

    DONE AND ORDERED this 23rd day of April, 2007.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **UNITED STATES DISTRICT JUDGE**